USDC - BALTIMORE
'22 JUN 14 PM1:30

## Attachment A

*The undersigned parties hereby stipulate and agree that the following facts are true and accurate, and that if this matter had gone to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.*

Garnell Eugene Graves ("Graves"), age 58, is a resident of Baltimore, Maryland. As detailed below, between 2007 through and 2020, Graves sexually abused five minors who were between the ages of 6 and 13 at the time of the abuse. The defendant produced images and videos of himself and 4 of the victims engaged in sexually explicit conduct. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

### Prior Convictions:

On or about November 21, 1991, in the Superior Court of the District of Columbia, in Case No. F-12913-91, the defendant was convicted of taking indecent liberties with a minor child, in violation of D.C. Code § 22-3501(1). ▮▮▮▮▮▮

▮▮▮▮▮▮

On or about October 27, 1998, in the Circuit Court for Prince George's County, Maryland, in Case No. CT980742X, the defendant was convicted of Sexual Offense in the Third Degree, in violation of Article 27, Section 464B of the Maryland Code.

### Minor Victim 1:

Minor Victim 1 was born in 1998. ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ Starting when Minor Victim 1 was 8-years-old in approximately 2007, through and continuing until approximately 2014 when she was 13 years old, the defendant sexually abused Minor Victim 1. The abuse included oral sex and vaginal sex, and the defendant also attempted to have anal sex with Minor Victim 1. The defendant recorded his sexual abuse of Minor Victim 1 and showed her the videos of the abuse. The abuse occurred nearly every day until Minor Victim 1 went to boarding school at approximately age 11, after which the abuse occurred every weekend. The abuse continued until Minor Victim 1's menstrual cycles began, around the age of 13, at which time the sexual contact stopped. The defendant continued to masturbate in front of Minor Victim 1 until she was approximately 16 years old. The defendant often made purchases for Minor Victim 1 and gave her items of value. At some point the defendant offered to buy Minor Victim 1 an iPhone in exchange for her "forgiveness," and also gave her $50 not to tell her mother.

When Minor Victim 1 was between 8 and 9 years old, the defendant showed her and her friend a pornography video, and then asked Minor Victim 1 to ask her friend to participate in sex acts like those in the video with the defendant. Minor Victim 1 asked her friend who said no.

The defendant also placed a hidden camera in Minor Victim 1's bedroom, and recorded videos of Minor Victim 1 in various states of undress while changing. Approximately 10 videos of this conduct were located on the defendant's digital devices.

In October 2019, Minor Victim 1 reported the years of abuse to law enforcement. The defendant became aware of a criminal investigation, and denied the abuse to Minor Victim 1's mother, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ As detailed below, the defendant's abuse of Minor Victims 3 and 4 was ongoing when Minor Victim 1 disclosed his abuse of her. Despite the knowledge of the investigation into his abuse of Minor Victim 1, the defendant continued to sexually abuse Minor Victim 3 and Minor Victim 4 until he was arrested in December 2020.

The defendant produced the following videos and images of his abuse of Minor Victim 1:

Group One: Sexual Exploitation of Minor Victim 1 on December 9, 2011 (Count 1):

On December 9, 2011, just before midnight, the defendant put his penis on Minor Victim 1's mouth while she slept. Minor Victim 1 was 13-years-old. The defendant produced 3 images of his penis on Minor Victim 1's mouth, and additional images focused on Minor Victim 1's exposed genitals. The defendant produced the images with a Blackberry 8830m phone, and stored them on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

Group Four: Sexual Exploitation of Minor Victim 1 on June 7, 2012 (Count 4):

On June 7, 2012, the defendant put his penis on Minor Victim 1's mouth while she slept, and took a photograph of the act using a Blackberry 8830m phone. Minor Victim 1 was 13-years-old. The image was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

**Minor Victim 2:**

Minor Victim 2 was born in 2000, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

The defendant produced the following videos and images of his abuse of Minor Victim 2:

Group Two: Sexual Exploitation of Minor Victim 2 on May 5, 2012 (Count 2):

On May 5, 2012, the defendant put his penis on Minor Victim 2's mouth while he slept, and produced an image of the abuse using a Blackberry 8830m phone. The image was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan. Minor Victim 2 was 12-years-old.

### Group Three:  Sexual Exploitation of Minor Victim 2 on May 25, 2012 (Count 3):

On May 25, 2012, the defendant put his penis on Minor Victim 2's mouth while he slept, and produced an image of the abuse using a Blackberry 8330m.  Minor Victim 2 was 12-years-old.   The image was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

### Group Five:  Sexual Exploitation of Minor Victim 2 on June 24, 2012 (Count 5):

On June 24, 2012, the defendant put his penis on Minor Victim 2's mouth, while he slept, and produced an image of the abuse using a Blackberry 8330m.  Minor Victim 2 was 12-years-old.   The image was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

### **Minor Victim 3:**

Minor Victim 3 was born in 2007 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Starting when Minor Victim 3 was 6-years-old in approximately 2014, the defendant sexually abused Minor Victim 3.  The abuse continued until two weeks before the defendant's arrest in December 2020 when Minor Victim 3 was 13-years-old,

The defendant's abuse of Minor Victim 3 was frequent, and the defendant often recorded the abuse, and instructed Minor Victim 3 to say specific things for the recording.  The abuse, which included digital penetration, oral sex, vaginal sex, and anal sex, occurred in various rooms within the defendant's residence and Minor Victim 3's residence.

The defendant told Minor Victim 3 that they would get married and have children in the future.  The defendant showed Minor Victim 3 pictures of the defendant and Minor Victim 1 engaging in sex acts when Minor Victim 1 was a minor.  The defendant also provided Minor Victim 3 with money, food, and other gifts as enticement, and to keep her from disclosing the abuse.  The defendant also threatened to separate Minor Victim 3 from her mother and sister if she disclosed.  When Minor Victim 3 tried to end the abuse, the defendant told her that if she stopped, he would abuse ▮▮▮▮▮▮▮▮▮▮ Minor Victim 5.  As a result, the defendant continued to abuse Minor Victim 3.

In 2017, at age approximately 9-10, Minor Victim 3 was diagnosed with herpes.  An investigation ensued, and Minor Victim 3 did not disclose that the defendant had been abusing her.  The defendant rewarded Minor Victim 3 with chocolate.

The defendant produced the following videos and images of his abuse of Minor Victim 3:

Group Six: Sexual Exploitation of Minor Victim 3 on May 13, 2014 (Count 6):

On May 13, 2014, the defendant inserted his penis into Minor Victim 3's mouth, and used a phone to produce of photograph of the abuse. The defendant also produced a photograph depicting Minor Victim 3's exposed genitals. Minor Victim 3 was 6-years-old. The defendant produced the photographs using an LG SPH-LS670 phone, and the files were stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324 a product of Taiwan.

Group Seven: Sexual Exploitation of Minor Victim 3 on September 10, 2014 (Count 7):

On September 10, 2014, the defendant placed his exposed penis on Minor Victim 3's exposed genitals, and produced a video of the abuse from behind Minor Victim 3. Minor Victim 3 was 6-years-old.   The video was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

Group Eight: Sexual Exploitation of Minor Victim 3 on July 20, 2015 (Count 8):

On July 20, 2015, the defendant engaged in vaginal intercourse with Minor Victim 3, then 7-years-old. The defendant created a video file depicting his penis rubbing and penetrating Minor Victim 3's genitals.   The video file was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

Group Nine: Sexual Exploitation of Minor Victim 3 on July 20, 2015 (Count 9):

Three minutes after the defendant produced the video file referenced in Group 8, he penetrated Minor Victim 3's mouth with his penis, and used his mouth to touch Minor Victim 3's genitals, and the defendant produced a video file of the abuse. Minor Victim 3 was 7-years-old. The video file was stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

Group Ten: Sexual Exploitation of Minor Victim 3 on July 20, 2015 (Count 10):

One and a half minutes after the defendant produced the video file referenced in Group 9, the defendant produced two (2) image files depicting Minor Victim 3's exposed genitals, using a Samsung Galaxy III SPH-L710. Minor Victim 3 was 7-years-old. The images were stored on a SanDisk Micro SD 2GB card, S/N: 0923304233S324, a product of Taiwan.

Group Eleven: Sexual Exploitation of Minor Victim 3 on March 2, 2017 (Count 11):

On March 2, 2017, the defendant engaged in vaginal intercourse with Minor Victim 3, then 9-years-old. The defendant created a video file depicting his penis penetrating Minor Victim 3's genitals, and during the video, the defendant caused Minor Victim 3 to say "Fuck me, ▮▮▮▮ The video file was stored on a Samsung Galaxy III SPH-L710, Hex: 99000351317315, a product of China, and a Micro SD 2GB card, S/N: MMAGR02GUECA-MB, a product of Taiwan.

4

**Minor Victim 4:**

Minor Victim 4 was born in 2006 ██████████████████████████████. ████████████
████████████████████████. ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████.

The defendant sexually abused Minor Victim 4, starting when she was between 9 and 10-years-old. The defendant showed Minor Victim 3 and Minor Victim 4 pornography on a social media platform. After watching the pornography, the defendant told Minor Victim 4 and Minor Victim 3 that he wanted to do that conduct to them.

The defendant started abusing Minor Victim 4 by touching her vagina with his hand, and later would rub her vagina with his penis until he ejaculated. The defendant also made Minor Victim 4 touch his penis. The abuse occurred at Minor Victim 4's residence, at the defendant's residence, and at houses where the defendant was working in construction. The abuse continued into 2019 and 2020, when the defendant knew that he was under investigation for abusing Minor Victim 1. The defendant told Minor Victim 4 that if she disclosed the abuse she would "get in trouble."

The defendant produced the following videos and images of his abuse of Minor Victim 4:

Group Twelve: Sexual Exploitation of Minor Victim 4 on June 5, 2017 (Count 12):

On June 5, 2017, the defendant, using a Samsung Galaxy III SPH-L710, produced ten photographs of Minor Victim 4's exposed genitals while in her mother's bed. The depictions, which were part of a series of sixteen (16) image files and one (1) video file, were stored on a Samsung Galaxy III SPH-L710, Hex: 99000351317315, a product of China, and a Micro SD 2GB card, S/N: MMAGR02GUECA-MB, a product of Taiwan.

**Minor Victim 5:**

Group Thirteen: Aggravated Sexual Abuse of Minor Victim 5:

Minor Victim 5 was born in 2009, and is ██████████████████████████████ ████████████
████████████████████████████████████████████████████████████████████████████████.

When Minor Victim 5 was approximately 6 or 7 years old, she slept over ████████████
████████ and slept in the bedroom with Minor Victim 3. While asleep, the defendant entered the bedroom, woke her up, and took her to another bedroom. The defendant sexually abused Minor Victim 5. Minor Victim 5 recalls that the defendant rubbed his penis on her, and then put his penis inside her pants and rubbed her vagina with his penis. The defendant placed his hands on her shoulders as his body moved up and down, touching her. The defendant told Minor Victim 5 not to tell anyone.

The defendant agrees that the images and videos described above were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of the events described above occurred in the District of Maryland.

I have reviewed the foregoing Statement of Facts with my attorney, understand it, agree with it, and do not wish to change any part of it. I further understand that it is included as a part of my plea agreement with the government in this case.

Garnell Eugene Graves

I am the attorney for the defendant. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

Courtney Francik, Esq.
Counsel for Defendant

6